

FILED
7/26/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
SM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARSHAD ZAYED | Case Number: 22 CR 366<br><br>Beth W. Jantz Magistrate Judge<br><br>**UNDER SEAL** |

## GOVERNMENT'S MOTION TO SEAL
## COMPLAINT, AFFIDAVIT, ARREST WARRANT, SEARCH WARRANTS

Now comes the UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal Complaint, Affidavit, and Arrest Warrant:

On the 26th day of July, 2022, the government filed a Criminal Complaint and submitted an Application and Affidavit in support. The Criminal Complaint and Affidavit in support of the complaint details the facts supporting probable cause to believe defendant ZAYED willfully engaged in the business of manufacturing and dealing in firearms without a license, in violation of Title 18, United States Code, Section 922(a)(1)(A); and unlawfully possessed and transferred of a machine gun, in violation of Title 18, United States Code, Section 922(o) (the "Subject Offenses") in Matteson, Illinois and elsewhere.

The public filing of the Complaint, Affidavit, and Arrest Warrant in this matter before the arrest warrant can be executed could alert the defendant and result in his flight and the destruction of evidence. For the foregoing reasons, the government respectfully requests that the Search Warrant, Application, and Affidavit be sealed

for 30 days from the date of this Order, until August 25, 2022, or as ordered by the court, except as necessary to facilitate the enforcement of criminal law, including the execution of the arrest warrant, or to any federal official to assist the official receiving the information in the performance of that official's duties.

          Respectfully submitted,

          JOHN R. LAUSCH, JR.
          United States Attorney

By:   */s/ Jimmy L. Arce*
       JIMMY L. ARCE
       Assistant United States Attorney
       219 S. Dearborn Street, Rm. 500
       Chicago, Illinois 60604
       (312) 353-8449

DATE: July 26, 2022