IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **United States of America** | ) | |
| Plaintiff(s), | ) | |
| | ) | Case No: 1:22-cr-00366-1 |
| v. | ) | Magistrate Judge Beth W. Jantz |
| | ) | |
| **Arshad Zayed** | ) | |
| Defendant(s), | ) | |

## ORDER

    Initial appearance held on 7/27/2022. Defendant appears in response to arrest in the morning of 7/27/2022. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appear by telephone conference. The Court finds defendant is unable to afford counsel. Enter order appointing Attorney Seema Ahmed as counsel for defendant. Defendant is advised of charges and maximum penalties available under the law and informed of his rights. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court orally admonished the parties, confirmed the government's obligation to disclose favorable evidence to the accused under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and ordered it to do so. The Government orally moves for detention based on 18 U.S.C. 3142(f)(1)(E). The matter is set for a detention hearing on 7/29/2022 at 2:30 p.m. in courtroom 1743. The issue of a Preliminary Examination will be addressed at the detention hearing. The Government's oral motion to unseal the case is granted.

(00:15)

Date: 07/27/2022

/s/ Beth W. Jantz
United States Magistrate Judge