**FILED**
**7/27/2022**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: US v. Arshad Zayed          Case Number: 22-CR-366

An appearance is hereby filed by the undersigned as attorney for:

Arshad Zayed

Attorney name (type or print): Seema Ahmad

Firm: Federal Defender Program for the Northern District of Illinois

Street address: 55 East Monroe, Suite 2800

City/State/Zip: Chicago, IL 60615

Bar ID Number: CA 270992          Telephone Number: 312-621-8344
(See item 3 in instructions)

Email Address: seema_ahmad@fd.org

Are you acting as lead counsel in this case?                    ☑ Yes  ☐ No

Are you acting as local counsel in this case?                   ☑ Yes  ☐ No

Are you a member of the court's trial bar?                      ☑ Yes  ☐ No

If this case reaches trial, will you act as the trial attorney?  ☑ Yes  ☐ No

If this is a criminal case, check your status.     ☐ Retained Counsel

                                                   ☑ Appointed Counsel
                                                      If appointed counsel, are you

                                                   ☑ Federal Defender
                                                   ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 07/27/22

Attorney signature:     S/ Seema Ahmad _____
                        (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015