# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:22−cr−00366
　　　　　　　　　　　　　　　　　　　　Honorable Beth W. Jantz

Arshad Zayed

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 28, 2022:

　　MINUTE entry before the Honorable Beth W. Jantz as to Arshad Zayed: Detention hearing set for 7/29/2022 is reset to 7/29/2022 at 1:45 p.m. **Time change only.** Hearing remains in person in courtroom 1743. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.